UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**08 CV 1578** ECF

The Annuity, Welfare and Apprenticeship Skill
Improvement & Safety Funds, et al. V. Trocom
Construction Corp.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 1578 (BSJ)(FM)

-------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____
All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
4/22/08

United States District Judge