USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL
SHAW and CHRISTOPHER WARD, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**DEFAULT JUDGMENT**

08-CIV-1578 (BSJ)

Plaintiffs,

-against-

TROCOM CONSTRUCTION CORP.,

Defendant.
------------------------------------------------------------------------X

This action having been commenced on February 15, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant TROCOM CONSTRUCTION CORP. on March 4, 2008, by a Process Server, personal service upon Dottie Waters, the Managing Agent of Defendant TROCOM CONSTRUCTION CORP., and proof of service having been filed on March 12, 2008 through the ECF System, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Plaintiffs have judgment against Defendant TROCOM CONSTRUCTION CORP. in the principal amount of $42,559.45, with interest at 7.0% as prescribed by the Plan from August 1, 2006 through March 26, 2008 in the amount of $4,925.21 and statutory damages in the amount of $4,925.21, together with the costs and

disbursements of this action in the amount of $415.00 and attorneys' fees in the amount of $1,638.75, for a total liquidated amount of $54,463.62, and it is further

**ORDERED** that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant TROCOM CONSTRUCTION CORP. and the Clerk of the Court is directed to enter such Judgment forthwith.

Dated: New York, New York
       April 13, 2008

SO ORDERED:

Barbara S. Jones, U.S.D.J.